IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES LENING, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:13-cv-0517 |
| WAYNE CARPENTER, Warden, | ) ) Judge Campbell |
| Respondent. | ) ) |

## ORDER

Petitioner James Lening, a prisoner in state custody at Riverbend Maximum Security Institution, has filed a *pro se* petition for the writ of habeas corpus under 28 U.S.C. § 2254, challenging a conviction and sentence issued by the Davidson County Criminal Court in 2008.

As explained in the accompanying Memorandum Opinion, the Court finds that Lening is not entitled to relief on the basis of the grounds articulated in his petition. Accordingly, his habeas petition (ECF No. 1) is hereby **DENIED** and this matter is **DISMISSED**.

The Court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a § 2254 petitioner. Rule 11, Rules Gov'g § 2254 Cases. Becasue the Court finds, as stated in the Memorandum filed herewith, that the issues raised in Lening's motion do not merit further attention, the Court **DENIES** a COA. The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
Todd Campbell
United States District Judge