IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES LENING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-0517 |
| ) | |
| WAYNE CARPENTER, Warden, ) | Judge Campbell |
| ) | |
| Respondent. ) | |

**ORDER**

The Court denied petitioner James Lening's *pro se* petition for the writ of habeas corpus under 28 U.S.C. § 2254 and declined to issue a certificate of appealability by order entered June 13, 2014. The petitioner has now filed an application for certificate of appealability which is expressly addressed to the Sixth Circuit Court of Appeals, with a courtesy copy filed in this Court. The Clerk is **DIRECTED** to terminate the application as pending in this Court.

The Court is also in receipt of a copy of a letter from the Sixth Circuit to the petitioner notifying him that he needs either to submit the filing fee or an application to pursue his appeal *in forma pauperis*. The petitioner is again instructed that he must submit **to this Court** the $505.00 appellate filing fee or an application to pursue his appeal *in forma pauperis* in compliance with Rule 24 of the Federal Rules of Appellate Procedure. Failure to submit the fee or the application by or before **July 9, 2014** or alternatively to ask for an extension of the deadline before it expires may result in dismissal of the appeal without notice.

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge